# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  EDCV 13-01079-VAP (OPx)                      Date:  May 23, 2014
          EDCV 13-01080-VAP (OPx)

Title:   LAN THAI DINH, DDS; VIET THAI DINH, DMD, HAMNER SQUARE DENTAL D/B/A EASTVALE DENTAL -v- PATTERSON DENTAL SUPPLY, INC., DOES 1 TO 100

         LAN THAI DINH, DDS; VIET THAI DINH, DMD, HAMNER SQUARE DENTAL D/B/A EASTVALE DENTAL -v- PATTERSON DENTAL SUPPLY, INC. DOES 1 TO 100

=================================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

  Marva Dillard                              None Present
  Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR                  ATTORNEYS PRESENT FOR
PLAINTIFFS:                            DEFENDANTS:

  None                                       None

  PROCEEDINGS:     ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE (IN CHAMBERS)

On June 17, 2013, these actions was removed to this Court.  (See Doc. No. 1.)

**EDCV 13-01080-VAP (OPx)**
**LAN THAI DINH, DDS; VIET THAI DINH, DMD, HAMNER SQUARE DENTAL D/B/A EASTVALE DENTAL v. PATTERSON INC DOES 1 TO 100**
**MINUTE ORDER of May 23, 2014**

On July 8, 2013, the actions were consolidated.[1] (<u>See</u> EDCV 13-01079-VAP, Doc. No. 9; EDCV 13-01080-VAP, Doc. No. 8)  Since that time, Plaintiffs have failed to prosecute these actions.

      Accordingly, the Court ORDERS Plaintiffs to show cause in writing, not later than May 29, 2014, why these actions should not be dismissed for failure to prosecute.  Failure to file a timely response to this Order to Show Cause will result in the dismissal of this action.

      **IT IS SO ORDERED.**

---

[1] In the order consolidating these actions, no action was chosen as the lead action and neither action was dismissed.