# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.  **EDCV 13-01079-VAP (OPx)**             Date:  May 30, 2014
          EDCV 13-01080-VAP (OPx)

Title:    LAN THAI DINH, DDS & RIVER ARCH DENTAL DOES 1 TO 100 -*v*-
          PATTERSON DENTAL SUPPLY, INC., DOES 1 TO 100

          LAN THAI DINH, DDS; VIET THAI DINH, DMD, HAMNER SQUARE
          DENTAL D/B/A EASTVALE DENTAL -*v*- PATTERSON DENTAL
          SUPPLY, INC., DOES 1 TO 100
==============================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

            Marva Dillard                    None Present
            Courtroom Deputy                 Court Reporter

ATTORNEYS PRESENT FOR          ATTORNEYS PRESENT FOR
PLAINTIFFS:                    DEFENDANTS:

       None                           None

      PROCEEDINGS:      ORDER DISMISSING ACTIONS FOR FAILURE TO
                        PROSECUTE (IN CHAMBERS)

     On May 23, 2014, the Court issued an Order to Show Cause Re: Failure to
Prosecute in each of these actions.  (<u>See</u> EDCV 13-01079-VAP, Doc. No. 19; EDCV
13-01080-VAP, Doc. No. 13)  That Order stated that Plaintiffs were required to file a
Response by no later than May 29, 2014, explaining why these cases should not be

**EDCV 13-01079-VAP (OPx)**
**LAN THAI DINH, DDS & RIVER ARCH DENTAL DOES 1 TO 100 -v- PATTERSON DENTAL SUPPLY, INC., DOES 1 TO 100**
**EDCV 13-01080-VAP (OPx)**
**LAN THAI DINH, DDS; VIET THAI DINH, DMD, HAMNER SQUARE DENTAL D/B/A EASTVALE DENTAL v. PATTERSON DENTAL SUPPLY, INC., DOES 1 TO 100**
**MINUTE ORDER of May 30, 2014**

dismissed for failure to prosecute.  To date, Plaintiffs have not responded in any way to the Orders to Show Cause.  Accordingly, Plaintiff's claims in both actions are DISMISSED without prejudice.

**IT IS SO ORDERED.**

MINUTES FORM 11                          Initials of Deputy Clerk _____md_____
CIVIL -- GEN                          Page 2