1  WILLIAM R. STOERI (admitted pro hac vice)
   stoeri.bill@dorsey.com
2  KRISTIN K. ZINSMASTER (admitted pro hac vice)
   zinsmaster.kristin@dorsey.com
3  DORSEY & WHITNEY LLP
   Suite 1500, 50 South Sixth Street
4  Minneapolis, MN 55402-1498
   Telephone:  (612) 340-2600
5  Facsimile:  (612) 340-2868

6  KENT J. SCHMIDT (SBN 195969)
   schmidt.kent@dorsey.com
7  DORSEY & WHITNEY LLP
   Suite 2000, 600 Anton Boulevard
8  Costa Mesa, CA 92626
   Telephone:  (714) 800-1400
9  Facsimile:  (714) 800-1499

10 Attorneys for Defendant
   Patterson Dental Supply, Inc.

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LAN THAI DINH, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>PATTERSON DENTAL SUPPLY, INC., et al,<br><br>   Defendants. | Case No. 5:13-CV-01079-VAP-KK<br><br>[PROPOSED] ORDER DISMISSING CASE [FRCP 41(A)(1)(a)(ii)]<br><br>[Filed concurrently with Joint Stipulation for Dismissal With Prejudice]<br><br>Judge: Hon. Virginia A. Phillips<br>Magistrate Judge: Hon. Kenly K. Kato<br><br>Action Filed:   May 2, 2013<br>Action Removed: June 17, 2013<br>Trial Date: June 23, 2015 |

The Court, having considered the Joint Stipulation for Dismissal with Prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1  <u>Lan Thai Dinh, DDS and River Arch Dental v. Patterson Dental Supply, Inc., et
2  al.</u> (C.D. Cal. Case No. 5:13-CV-01079) is hereby dismissed with prejudice.

Each party to bear its own costs with respect to this dismissed cause of action.

**IT IS SO ORDERED.**

Dated: 11/14/14

HONORABLE VIRGINIA A. PHILLIPS
United States District Judgment

# PROOF OF SERVICE

## STATE OF MINNESOTA, COUNTY OF HENNEPIN

I am employed in the City of Minneapolis, County of Hennepin, State of Minnesota. I am over the age of 18 years and not a party to the within action. My business address is 50 South 6th St., Suite 1500, Minneapolis, MN 55402. On November 11, 2014, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED: [PROPOSED] ORDER DISMISSING CASE [FRCP 41(A)(1)(a)(ii)]

SERVED UPON:
Lan Thai Dinh, DDS
River Arch Dental
2920 South Archibald Avenue, Unit C
Ontario, CA 91761
Tel: (909) 923-2273
Fax: (909) 923-2284

☒ (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Minneapolis, MN. I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by _____ to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

☐ (BY FEDERAL EXPRESS) I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☐ (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to C.R.C. 2009(i), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration.

☐ [STATE] I declare under penalty of perjury, under the laws of the State of Minnesota and the United States of America, that the foregoing is true and correct

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on November 11, 2014, at Minneapolis, MN

*/s/ Dianna Breymeier*
DIANNA BREYMEIER